UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

Netlist, Inc.,

    Plaintiff (Complainant),

v.

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., Google LLC, and Super Micro Computer, Inc.

    Defendants (Respondents)

Case: 1:26-mc-00032
Assigned To : Reyes, Ana C.
Assign. Date : 3/13/2026
Description: Misc.

## RESPONDENTS' MOTION SEEKING THE ISSUANCE OF LETTERS OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc. ("Samsung"), Google LLC ("Google"), and Super Micro Computer, Inc. (all collectively, "Respondents"), Respondents in *Certain Dynamic Random Access Memory (DRAM) Devices, Products Containing the Same, and Components Thereof*, Investigation No. 337-TA-1472 before the United States International Trade Commission ("ITC Investigation"), hereby respectfully move, upon recommendation from the ITC (Exhibits 3 and 6), for this Court to issue, under its seal and signature, two Letters of Request for International Judicial Assistance pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters ("Letters of Request") to obtain discovery from the following foreign third party:

**SK hynix Inc.**
2091, Gyeongchung-daero, Bubal-eub, Icheon-si
Gyeonggi-do, 17336
Republic of Korea



RECEIVED

MAR 13 2026

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

The underlying Letters of Request (Exhibits 4 and 7) solicit assistance from the Central Authority of the Republic of Korea to obtain certain evidence from SK hynix Inc. ("SK hynix") that is relevant to this Investigation and unobtainable through other means. Specifically, the first Letter of Request includes a set of requests for the production of documents and other things from SK hynix (Exhibit 4, Attachment A) and the second Letter of Request seeks written responses from SK hynix (Exhibit 7, Attachment A). Foreign discovery from SK hynix is necessary in the Investigation for the reasons explained in the accompanying memorandum.

Respondents include, as attachments to each Letter of Request, copies of the Protective Order (Exhibit 4, Attachment B), Ground Rules (Exhibit 4, Attachment C), and the public Complaint in this Investigation and supplementations (Exhibit 4, Attachment D). Respondents also include as attachments the certified translations in Korean of each Letter of Request (Exhibits 5 and 8). Because attachments 4-B, 4-C, and 4-D are the same for both Letters of Request, those attachments are not repeated in the table below and are not attached to the second Letter of Request (or their Korean translations) for purposes of this Motion. However, once the Letters of Request have been issued, Respondents will ensure that both Letters of Request are transmitted to the National Court Administration of the Republic of Korea with English and translated copies of the Protective Order, Ground Rules, and the public Complaint and supplements.

Administrative Law Judge MaryJoan McNamara, who presides over the ITC Investigation, has issued findings that the Letters of Request seek evidence relevant to the Investigation. An order from Judge McNamara recommending that this Court issue the Letter of Request is attached to this Motion (Exhibit 2). Additionally, due to statutory time limitations on ITC investigations, Judge McNamara requests that the Court expedite the issuance of the Letters of Request

Dated: March 13, 2026					Respectfully submitted,

*/s/ Paul F. Brinkman*

Paul F. Brinkman, P.C.
F. Christopher Mizzo, P.C.
Michael A. Pearson, Jr.
Karthik Ravishankar
Maranda Johnston
David Corasaniti
**Kirkland & Ellis LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile: (202) 389-5200

Greg S. Arovas, P.C.
Todd Friedman, P.C.
James E. Marina, P.C.
Jeanna Wacker, P.C.
Benjamin A. Lasky
Alan Rabinowitz
Azaad Zimmermann
**Kirkland & Ellis LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Luke Norrell
Cameron Lindsay
**Kirkland & Ellis LLP**
401 W 4th St, Suite 4000
Austin, TX 78701
Telephone: (512) 678-9050
Facsimile: (512) 678-9101

Email: Samsung-Netlist-ITC@kirkland.com

*Counsel for Respondents Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc.*

*/s/ Gregory F. Corbett*

Gregory F. Corbett
Charles T. Steenburg
Anant K. Saraswat
Meaghan P. Luster
WOLF, GREENFIELD & SACKS P.C.
600 Atlantic Avenue, 23rd Floor
Boston, MA 02210
(617) 646-8000

Elizabeth A. DiMarco
Suresh S. Rav
WOLF, GREENFIELD & SACKS P.C.
601 Massachusetts Avenue, NW
Washington, DC 20001
(202) 571-5001

Email: Google-Netlist-1472@wolfgreenfield.com

*Counsel for Respondent Google LLC*

*/s/ Richard S. Zembek*

Richard S. Zembek
Daniel S. Leventhal
Charles B. Walker
NORTON ROSE FULBRIGHT US LLP
1550 Lamar Street, Suite 2000
Houston, Texas 77010
(713) 651-5151

Talbot R. Hansum
Ryan E. Meltzer
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd, Suite 1100
Austin, TX 78701
(512) 474-5201

Email: NRF-SMCI-Netlist-ITC@nortonrosefulbright.com

*Counsel for Respondent Super Micro Computer, Inc.*

4