| Exhibit # | Documents |
|---|---|
| 1 | Memorandum in Support |
| 2 | ITC Inv. No. 337-TA-1472 Order No. 14 |
| 3 | Appendix A to Order No. 14 (Recommendation) |
| 4 | Appendix B to Order No. 14: Letter of Requests for Documents and Things with Attachments (A) Requests for Production of Documents and Things from SK hynix; (B) Protective Order Governing USITC Inv. No. 337-TA-1472; (C) Ground Rules Governing USITC Inv. No. 337-TA-1472; and (D) Public Complaint and Supplements in USITC Inv. No. 337-TA-1472 |
| 5 | In Korean: Appendix B to Order No. 14: Letter of Requests for Documents and Things with Attachments (A) Requests for Production of Documents and Things from SK hynix; (B) Protective Order Governing USITC Inv. No. 337-TA-1472; (C) Ground Rules Governing USITC Inv. No. 337-TA-1472; and (D) Public Complaint and Supplements in USITC Inv. No. 337-TA-1472 |
| 6 | Appendix C to Order No. 14 (Recommendation) |
| 7 | Appendix D to Order No. 14: Letter of Request for Information with Attachment (A) Requests for Information from SK hynix |
| 8 | In Korean: Appendix D to Order No. 14: Letter of Request for Information with Attachment (A) Requests for Information from SK hynix |
| 9 | Proposed Order |