# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Netlist, Inc.,<br><br>     Plaintiff (Complainant),<br><br>v.<br><br>Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., Google LLC, and Super Micro Computer, Inc.<br><br>     Defendants (Respondents) | Case No: _____ |

## [PROPOSED] ORDER

Upon consideration of Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., Google LLC, and Super Micro Computer, Inc's Motion Seeking Issuance of Letters of Request for International Judicial Assistance and United States International Trade Commission Administrative Law Judge MaryJoan McNamara's Recommendation for this Court to issue the Letters of Request, the motion is hereby GRANTED.

IT IS SO ORDERED.

DATED: _____                    _____

                                                                UNITED STATES DISTRICT JUDGE